AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____PUERTO RICO_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: **CR 99-315(DRD)** |
| **ANTONIO MUÑIZ-TORRES** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| August 24th, 2007<br>*Date* | *s// Olga Castellón*<br>Olga Castellón - #223701<br>Special Assistant U.S. Attorney<br>Torre Chardón Bldg., Suite 1201<br>#350 Carlos Chardón Avenue<br>Hato Rey, Puerto Rico  00918<br>Tel. (787) 766-5656 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Miriam R. Ramos-Grateroles, Esquire.**

In San Juan, Puerto Rico, this 24th day of August, 2007.

*s//Olga Castellón*
Olga Castellón - #223701
Special Assistant U.S. Attorney